**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUL 2 6 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **4:23CR380 SRC/PLC** |
| ) | |
| SONNY SAGGAR, M.D., and ) | |
| RENITA BARRINGER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appearing to the Court that the following defendant, to wit,

**SONNY SAGGAR, M.D., and
RENITA BARRINGER,**

have been indicted by the grand jury, and that the defendants have not yet been taken into custody, nor have the defendants yet given bail for the defendant's appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody, have given bail for the defendant's final appearance or, in accordance with local practice, the United States Attorney's Office has notified the Clerk's Office that there is no longer a reason to seal said indictment.

_____
UNITED STATES DISTRICT JUDGE

Dated this _26th_ day of July, 2023.