**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case No.   4:23 CR 380-1   SRC/JMB** |
| | ) |
| **SONNY SAGGAR,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

In accordance with the Pretrial Services Agency's recommendation the Court Orders the following Modifications of Defendant's Conditions of Release:

**Defendant is authorized to travel to SDIL and WDMO for employment purposes only.**

All remaining conditions of release as set forth in the **July 27, 2023**, Order Setting Conditions Release shall remain in effect.

SO ORDERED:

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this <u>27th</u> day of <u>July, 2023</u>.