UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-CR-380-SRC-PLC |
| SONNY SAGGAR, M.D., and RENITA BARRINGER, | ) ) ) ) |
| Defendants. | ) ) |

**ENTRY OF APPEARANCE**

COMES NOW James B. Martin of the law firm of Dowd Bennett LLP and enters his appearance as counsel of record for Defendant Sonny Saggar, M.D. in the above-entitled action.

Dated:  August 7, 2023

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James B. Martin*
James B. Martin          #70219MO
7676 Forsyth Blvd., Suite 1900
St. Louis, MO  63105
314/889-7300 (Telephone)
314/863-2111 (Facsimile)
jbmartin@dowdbennett.com

*Attorneys for Defendant Sonny Saggar, M.D.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 7, 2023, a copy of the foregoing was filed electronically via this Court's CM/ECF system, and therefore served on all parties of record.

                                            /s/ *James B. Martin*
                                             James B. Martin