UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-CR-380 |
| SONNY SAGGAR, M.D., and RENITA BARRINGER, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT SONNY SAGGAR'S CLARIFICATION OF HIS
MOTION TO MODIFY BOND CONDITIONS**

Dr. Saggar respectfully seeks a modification to his bond conditions which would allow him stay overnight within Sedalia to accommodate his employment, which would include staying overnight the night before shifts starting at 7 am, and the night after shifts which end at 7 pm. Pretrial Services has indicated they do not oppose this request.

While the motion included a request for "his bond conditions [to] be modified to allow staying overnight in or near Sedalia when related to work," counsel may have caused a misunderstanding by including the specific proposed needs of Dr. Saggar for the first week.

To clarify, Dr. Saggar's requests that his bond conditions be modified to allow staying overnight in or near Sedalia when related to work, as approved and coordinated through Pretrial Services.

Dated:  August 8, 2023                              Respectfully submitted,

                                                          **DOWD BENNETT LLP**

                                                        By:  */s/ James G. Martin*
                                                                James G. Martin  #33586 MO
                                                                James B. Martin  #70219 MO
                                                                7676 Forsyth Blvd., Suite 1900
                                                                St. Louis, MO  63105
                                                                314/889-7300 (Telephone)
                                                                314/863-2111 (Facsimile)
                                                                jmartin@dowdbennett.com

                                                    *Attorneys for Defendant Sonny Saggar, M.D.*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on August 8, 2023, a copy of the foregoing was filed electronically via this Court's CM/ECF system, and therefore served on all parties of record.

                                                                 /s/ *James G. Martin*
                                                                   James G. Martin