UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23 CR 380   SRC (PLC) |
| | ) |
| SONNY SAGGAR, MD, and | ) |
| RENITA BARRINGER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Currently before the Court is Defendant Barringer's Motion to Modify Condition of Pretrial Release.  [ECF No. 38]  For the reasons outlined below, and based on the record made at a status hearing on August 15, 2023, the motion will be granted.

Defendants are charged in a health care fraud scheme.  On July 27, 2023, the undersigned released both Defendants on conditions that prevented them from having contact with each other.  At the time of release, the undersigned was under the belief that Defendants did not work in the same facility and did not need to interact.  Counsel for Defendant Saggar advised the Court that he anticipated that Defendants would enter into a joint defense agreement.  On August 9, 2023,

Defendant Barringer's counsel filed the pending motion, which also reflects that Defendants will enter into a joint defense agreement.

On August 15, 2023, the undersigned held an attorneys-only status hearing to discuss how Defendants' conditions of release might be modified in such a way as to achieve the goals of a joint defense agreement but avoid other, potentially improper communications between Defendants. Counsel for both Defendants and two Assistant United States Attorneys were present. At the status hearing, a record was made on the general working relationship between Defendants Saggar and Barringer, and the fact that they may, occasionally, work in the same general space. At the hearing Defendants' attorneys represented that they had entered into a joint defense agreement. After consulting with the parties, the undersigned concluded that Defendants could confer and speak about matters related to the case when they were in the presence of one or both attorneys, but they could not otherwise discuss matters related to the pending criminal case. The Court is aware that Defendants may occasionally interact with each other for routine work matters not directly related to the pending criminal case.

Accordingly,

**IT IS HEREBY ORDERED** that, in view of the Joint Defense Agreement between Defendants Saggar and Barringer, the Motion to Modify Condition of Pretrial Release [ECF No. 38] is GRANTED; the Conditions of Release for

Defendants Saggar and Barringer are modified to permit Defendants to meet and discuss their case while in the presence of either or both of their attorneys.

**IT IS FURTHER ORDERED** that Defendants Saggar and Barringer are not permitted to discuss the case with each other outside the presence of their attorneys.

JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of August, 2023.

3