UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CR-380 |
| | ) | |
| SONNY SAGGAR, M.D., and | ) | |
| RENITA BARRINGER, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS SAGGAR'S MOTION**
**SEEKING PERMISSION TO CHANGE RESIDENCES**

Come now Dr. Saggar, through undersigned counsel, and respectfully moves the Court to permit a change of residence. In support of the motion, the Defendants state as follows:

Dr. Saggar's current bond conditions require that "Defendant must reside at: #2 Hogan Circle, Eureka, MO 63025." In order to reduce housing costs, Dr. Saggar's sister has offered to permit him to reside in property she owns. The address is 3534 Washington Avenue, St. Louis, MO 63101. Dr. Saggar would be living there by himself, except when his children come and stay pursuant to his pending divorce settlement. Pretrial Services has expressed no objection to the change in residence. The move would take place on or about September 19, 2023.

Wherefore, Defendants request the Court permit Defendant to change his residence.

Dated:  September 18, 2023	Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James G. Martin*
  James G. Martin  #33586 MO
  James B. Martin  #70219 MO
  7676 Forsyth Blvd., Suite 1900
  St. Louis, MO  63105
  314/889-7300 (Telephone)
  314/863-2111 (Facsimile)
  jmartin@dowdbennett.com

*Attorneys for Defendant Sonny Saggar, M.D.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2023, a copy of the foregoing was filed electronically via this Court's CM/ECF system, and therefore served on all parties of record.

  /s/ *James G. Martin*
    James G. Martin