**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-CR-380 |
| ) | |
| SONNY SAGGAR, M.D., and ) | |
| RENITA BARRINGER, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' REPLY IN SUPPORT OF MOTION**
**REGARDING THE FILING OF PRETRIAL MOTIONS**

The government asserts a claim of judicial economy in opposing defendants' motion to be heard expeditiously on the issue on the courts issue of lack of jurisdiction. *See* Doc. 52. Defendants submit that judicial economy would best be respected by addressing immediately whether the indictment is a nullity, which would result in nothing else needing to be done at all.

Dated: October 20, 2023               Respectfully submitted,

                                      **DOWD BENNETT LLP**

                                      By: */s/ James G. Martin*
                                           James G. Martin  #33586 MO
                                           James B. Martin  #70219 MO
                                           7676 Forsyth Blvd., Suite 1900
                                           St. Louis, MO  63105
                                           314/889-7300 (Telephone)
                                           314/863-2111 (Facsimile)
                                           jmartin@dowdbennett.com

                                      *Attorneys for Defendant Sonny Saggar, M.D.*

        /s/ William J. Ekiss  
William J. Ekiss (#47389)  
5770 Mexico Rd., Ste A  
St. Peters, MO 63376  
Email: billekiss@lampinlaw.com

*Attorney for Defendant Renita Barringer*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2023, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

        /s/James G. Martin