UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cr-00380-SRC-PLC ) |
| SONNY SAGGAR, M.D., and RENITA BARRINGER, | ) ) ) |
| Defendants. | ) ） |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Cort A. VanOstran, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 */s/ Cort A. VanOstran*
CORT A. VANOSTRAN, #67276MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    /s/  Cort A. VanOstran
CORT A. VANOSTRAN, #67276MO
Assistant United States Attorney