UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cr-00380-SRC |
| | ) |
| SONNY SAGGAR, et al., | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SEALED EXHIBITS**

COMES NOW the United States of America, by and through undersigned counsel, and pursuant to Eastern District of Missouri Local Rule 13.05(A)(4)(a), moves for leave of Court to file Exhibits 3, 4, and 15 to its Memorandum in Support of Its Motion for Review of a Release Order Pursuant to 18 U.S.C. § 3145 under seal. Based on the nature of the information sought to be sealed, the Government moves to seal Exhibits 3, 4, and 15 indefinitely. In support of this request, the Government files contemporaneously herewith its Memorandum in Support of Motion for Leave to File Sealed Exhibits.

Undersigned counsel has confirmed that counsel for Defendant Sonny Saggar, M.D., does not oppose the sealing of these documents.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/ Amy E. Sestric
AMY E. SESTRIC, #66219MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                             */s/ Amy E. Sestric*
                                             AMY E. SESTRIC, #66219MO
                                             Assistant United States Attorney