## Lisa G. Moore

**Subject:**   FW: (1) My reasons for offering everything; (2) Resuming counseling; (3) Let's agree to protect the kids

---------- Forwarded message ---------
From: **Sonny Saggar** <thesaggars@gmail.com>
Date: Mon, May 29, 2023 at 11:36 AM
Subject: (1) My reasons for offering everything; (2) Resuming counseling; (3) Let's agree to protect the kids
To: lsaggar <lsaggar@gmail.com>
Cc: Radonda Rowton <rrowton@chesterfieldca.com>

Dear Laura,

It may have come as a surprise to you that I am willing to give you all our marital assets (the house and land, totalling 19 acres and probably worth almost $1 million in equity), and as much child custody as you want and far more child support than I can even afford.

I realize that I am not required to explain to you why I have offered all of this, and I also realize that you may not want to know or care, but I do feel that I may later wish that I had explained my reasoning to you, as you have been my wife for almost 22 years, and my life partner for over 23 years.

Below are some of the thought processes that I have been entertaining in recent months.

[redacted]

[redacted]

Being detached from material possessions has been a lifelong goal of mine and I now see that I have a perfect opportunity to give it all to someone who believes she wants it, needs it and could use it. I cannot think of a better person than you to receive all these assets.

I do not regret our marriage, not for one second. I was deeply in love with you from when I first met you and that lasted until around 2017 or so. Since then, I think we both know that it has been there although not so deep. I still love you, although in truth not as deeply as I once did, and I am grateful to you for enriching my life. I mean that. You did enrich my life, even on a spiritual level. You challenged me in ways I could never thank you enough for. I realize that offering you all the property is probably not enough, but it is all I have to offer now that the marriage is sick and dying. If I owned more things, I would offer all that to you as well. As I embark on having a simpler life, it would be foolish for me to retain any of the property. I am walking away from all possessions.

I was at first very saddened by our 'separation', [redacted]s. Now however, I'm awakening to see that it's perhaps all for the best. Change in the universe is inevitable and I need to accept this change. [redacted]

GOVERNMENT EXHIBIT 3

I have never felt that resentment or complaints are appropriate. Such feelings will only be self-damaging so I try to rise above them. I have never resented you (or anyone for that matter) and I never will. I certainly don't have any negative feelings about your mom, your dad or your sister either. I had three moments of anger last year (last spring when you wanted us to vacation in France and I felt it wasn't something we could afford, last August when you woke me up at the Lake House, and a smaller outburst in October the night before I was tired and about to leave for Hawaii and had a flight to catch in 3 hours), none of which are defensible. I do not believe I can be angered again, mostly because I now know that I have nothing to be angry about. I should thank you for helping me improve my temperament over the years.

I am indifferent to where or how I live, as long as my children are ok, doing well and comfortable. I realize that a divorce takes time but, as I said to you in Radonda's office last August, you can have everything I own. I just want us both to move on with our lives.

I do not believe in holding onto possessions I no longer need. Even though my name is still on it all, I no longer need the house or the land. I think I once thought I needed such things, but I certainly don't now. I'm not sure I ever truly needed them. These things are better off in the hands of one who feels that they need them, but certainly not in my hands.

I refuse to follow the typical customary beliefs, or societal norms. I refuse to fight with you about 'this is mine, you can have that'. I love all our kids but they don't 'belong' to anyone, as parents everywhere discover very soon after they become teenagers I suppose. Everything I thought was 'mine' is just borrowed from the universe, whether it's things or people. It all has to be 'given back' when I die. I do believe that possession, or the attachment to such a concept is not healthy for me. I realize that this is not a popular belief, but it's what works for me. Besides, I'd rather not have to hand anything back except this body.

I do not fear death. As an emergency physician for many years, although I'm not working as much as I'd like to right now, I had the honor to become intimately familiar with death. I cannot articulate what it means to me, but it's so important for me to understand and remember that it is inevitable and that I have to spend the years I have left being kind to you, to my kids, to all other people and other living things. We all die, but I also want to make sure I live a kind and gentle life. That is all I strive for now.

It is for this reason that I no longer seek to possess either goods or fiefs as I get older. Such 'garments, things and tools' are for those who still have a use for them. I know you still have a use for these things and I want you to know that I only want to give you what you want. If the judge allows it, I will give you everything I own. All I wish to retain is the ability to pay my rent, my bills and to buy food.

One day I will certainly abandon my body but I must preserve my honor. This is very important to me. I will not become angry but I will be mindful of justice and boundaries. I will also defend those who cannot defend themselves, whoever it is.

I do not agree that it is right to stop another adult, even if they are my offspring, from doing what they want to do. I do not agree that it is right to force another adult to do something they do not want to do. I actually even feel this way with regard to children over the age of 12, and even with regard to pets, such as dragging a dog or a cat to do something against their will.

I am ready, willing and able to resume co-parenting counseling, as and when you and Radonda are available. I am even willing to listen to any criticisms about me. As I sit here in my apartment in Eureka, I believe I have finally discovered a peace of mind that has been eluding me for, well for the past 10 years perhaps. Every morning since last summer I complete my morning routine (stretches, meditation, yoga, goals, fruit). Then I work. If there is not much work then I spend my time looking for work. What began as frustration with regard to not being able to find work has transformed into acceptance that perhaps I should do something else. Yes, I do want to go and live in an ashram. Yes, I do want to go and live in England again. If the universe doesn't want me to be a physician any more then perhaps I can discover something better-suited to this stage of life. You may recall me telling you that I never identified as a physician - it was always just something I did, not something I am.

I am very aware that I need to make child support payments and I think you know that I will honor that obligation and anything else that the *wonderfully wise* American legal system will impose on me (yes I'm being passive aggressive there). With regard to everything else, I hope it is now a bit clearer as to why I have offered you everything I own. I might have once said that I am resigned to owning nothing, but it would be more

2

accurate to say that I am actually looking forward to owning nothing. I feel like there are some big changes heading my way. Good changes. And no I'm not referring to financial gain - I'm referring to spiritual growth.

~~Don't worry, I have no intention of becoming a homeless bum, although part of me does see a strange appeal in that. No, I want to survive and live to help others. I want to be a source of inspiration for our children. I know it will take years, but I want them to understand the false hope of striving for material possessions. Maybe they'll never agree with my philosophy about this, but I used to teach such things to them in Dad's Class on Sunday mornings, so I'm hoping that some seeds were planted.~~

In summary, all I want right now is to live a simple life. I do not want any debts but simultaneously I do not want any possessions. You can have everything. ~~I also do not want our kids to be bothered by any of this. The big spark that caused me to offer you everything was the threat from your lawyer that the kids would be put through the court system. I would rather die than allow that to happen. I am certain that you don't want that for the kids. I know you don't.~~

~~This is also why I implore you to call off your lawyer as she will inevitably cause (1) the kids to be interviewed by court-appointed guardians, risking trauma that they may not be able to handle, especially Sonya and (2) the creation of more marital debt, which will take us both quite a while to eliminate. As of right now, we do have the mortgage on the house of just over 500k, which leaves us almost 400k in equity plus another 500k of equity in the land. So, even considering the mortgage (which is the only debt we presently have) I am offering you 900k by a conservative estimate. If you continue to need Lisa's advice to continue to malign and demonize me for things that simply aren't true and for which can never be proven, then it will just create more debt. I hope this makes sense.~~ I do not understand why I am being accused of being an irresponsible, deceitful, manipulative ~~father, but I guess that's just the bread and butter of many a lawyer in this country.~~ I think they just keep throwing stuff in the hope that something will stick ~~and maybe also to justify huge legal fees to a frustrated~~ client. ~~I do hope your lawyer hasn't sold you on some expensive fantasy as a coping mechanism for anger. I honestly mean no insult to you - I am just very worried that it's like cutting off one's nose to spite one's face. Please don't allow the kids to be hurt because of your anger towards me.~~

~~Even though I never cheated on you, I never called you a name and I never struck you, it appears that you have decided that I am just a terrible and untrustworthy man. I may never understand the full wrath of your lawyer's actions but, please, I beg you, do not allow this to involve the children. Do what you want with me, take everything I have. Take whatever income I can afford to give, but please leave the children out of this.~~

~~I am appealing to your better nature, or trying to. Let's assume that I am indeed the snivelling cunning, conniving liar and snake that you seem to think I am. I won't argue with you about it. Please take all my possessions. Take most of my income too (even a snake needs to eat and live somewhere though so I will need a little), but please please please leave the kids out of it.~~

Thank you for reading,

Love, always,

Sonny