Case: 4:23-cr-00380-SRC   Doc. #: 78-2   Filed: 12/11/23   Page: 1 of 6 PageID #: 410

**Lisa G. Moore**

**Subject:** FW: Dear Laura,
**Attachments:** Dear Laura,.pdf

---------- Forwarded message ---------
From: **Sonny Saggar (via Google Docs)** <drive-shares-noreply@google.com>
Date: Fri, Aug 18, 2023 at 4:15 AM
Subject: Dear Laura,
To: <lsaggar@gmail.com>

## Sonny Saggar attached a document

 Sonny Saggar (sonny@dhwstl.com) *has attached the following document:*

Please see the attached letter. Thank you, Sonny.

Dear Laura,

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because sonny@dhwstl.com shared a document with you from Google Docs.

Google Workspace

--
Laura



GOVERNMENT EXHIBIT 4

Dear Laura,

It's almost 3am and I couldn't sleep because I have so much I want to talk with you about. I know that our connection is beyond frayed and that you probably don't like me any more and you believe I am a liar etc, but please read this entire letter.

I have gone over what has happened between us so many times in my head. I should never have gotten mad at you when you woke me at the lake house last summer. I should not have said yes when you asked me the next day if I wanted a divorce. I should not have gotten mad at you in England when I was rushing to get the rental car and I told you to keep up. I should not have complained about the cost of the food in that Dublin restaurant. I should have not constantly complained about how expensive things were in the last 4-5 years, and I should have told you about the trouble I was having with making all the mortgage payments and why I needed to sell the properties and how I was able to persuade Mona to take over all the payments with the money that she's always had. She made me promise not to tell anyone it was her because she was always worried that Baby would find out and start bugging her for money, especially as Baby has always felt that she deserves this and that and Mona and I have always had everything financial/materialistic figured out. I don't know if you recall me telling Baby and Vincent in summer '21 at The Ship Inn that we had sold most of the properties because of financial reasons and they offered to pay for half the meal for the 11 of us. I do love you. I always have and I should not have said last August in front of Radonda that I don't. I was falling apart financially and I felt like you and I never spoke and I was just feeling so hopeless about our relationship after the lake house incident and the conversation the following night.

In the past few days I discovered The Work by Byron Katie and I wish you and I had done this together in the past few years. I think it would have saved our marriage. The stories we tell ourselves are often untrue and once we face our thoughts, we discover that they aren't what we think and that we don't need to suffer.



2



Mona had always had a lot of money to invest. That's why she used to wire funds to me often after our Dad had died. She always wanted my help with investments and she would get me to speak to her many tenants in London for her. She would send me money to invest for her over here as well, but always asked that I never tell anyone about it, which I felt was harmless because it was her money and not ours. I don't know if you'll believe me about that but it's the truth. I think one reason why she didn't want me to tell anyone about her money being invested over here was because she didn't want me to think or act like it was my money.



3

~~Harry when he was 3 years old after he rode off down the street on his tricycle without telling anyone, but I swear I haven't hit him since. I think I once slapped Arjun when he was being extremely mean to Harry about something and I regretted that immensely. I hope you know that I wanted Sonya to know that you should never touch, interfere or hit someone when they're driving a car, whoever they are, and that's what I was trying to convey. I agree I should not have hit her. She decorated her room in this apartment so beautifully and she would always stay over even when Harry wouldn't. I have texted her and emailed her but she doesn't respond. She used to give me the best hugs and the longest hugs. I often felt like she was the only one in the family who missed me when I was gone. I don't know how to process what she is going through or how I should behave towards her or talk with her. I want her to know that I will always be there for her, regardless of anything. I know she is who she's going to be but I can only imagine what she's going through because I'm unable to speak with her.~~

~~I dare not come to the house, even though I legally can, because I don't want to upset you, I don't want to upset Sonya and I don't need any more excuses for a police officer to take my name, given the federal indictment. I miss Peach so much, perhaps because I know I can always count on her unconditional love, both ways.~~

~~I often see these pictures pop up on my phone and they make me smile and then they make me so sad. The wonder years. The first 15 years of our marriage was so happy. I hope you at least agree with that. We always spoke kindly to each other. We always kissed and hugged and truly loved each other. I do not know what happened but I keep on examining it and re-examining it. I really do want to apologize for being a crap husband and now it seems like I've also been a crap father too.~~

~~Harry is brutally honest with the things he says sometimes, but I console myself that at least he talks with me now more than he did a year ago. Harry repeatedly asks why we're not living in the same house "like some people do" so that I could see him every day. I tell him that I don't think you would want that, even though it's certainly something some divorcing parents do. I was totally not expecting Arjun to move in with me when I got the flat in late February, but I'm glad he did because at least I have one family member with me and it has prevented me from going totally crazy. Just having someone to have meals with is so important for me as you may recall. I really miss what our family once was. I'm sure you do too.~~ I know I am mostly to blame for how we ended up in this mess and for that I really do want to say I'm sorry.

Moving on, I know you'd never consider taking me back and I know I don't deserve a second chance, but I only wish you the very best. I have no ill-will towards you and I never have. You've always been there for me even if I didn't take you up on your presence and just come out and say what should have been said, especially last summer. ~~I want to help you and Arjun maintain a strong relationship, regardless of where he ends up and he tells me he wants that too. I'm sure Harry will do well with his studies and he seems to have matured quite a bit this year, although I wish I could see him more than just once every 2 weeks. My big issue with Sonya is that I don't want to be that father who abandoned his daughter, like I think she's going to now inevitably grow up thinking. I have tried so much to reach out to her (them) but I get no response~~

4

~~and I just don't know what to do. I find myself thinking "if this is what she wants then I'm wrong to force my presence onto her and real love is giving someone space".~~

Given the fact that almost every hospital (Marion, Poplar Bluff, Lee's Summit) except one has kicked me off staff, even if I either never worked there (like Poplar Bluff) or I was only working there a few shifts a month (like Marion), my earning capacity will probably be irrevocably damaged. Once you get a federal indictment, even if it's thrown out, you just can't easily get a job in this country. You get treated like a criminal. The hospital in Sedalia has reluctantly told me "you're innocent until proven guilty" and they say they will let me work some per diem shifts but I still don't have any shifts for September onwards. ~~I did work this week there (Tuesday and Wednesday) and it helped me tremendously because I was able to take my mind off of so many things (the indictment, the divorce, Sonya, not being able to visit my Mum etc) that have been stressing me out so much in recent weeks.~~

I keep finding myself alone. I guess that's why I'm sending you this email. I know you might share it with your lawyer but honestly, I don't care any more. I've never had the energy to 'play games' with the divorce. I have what I have. I earn what I can earn. It's all very clear and out there. If your lawyer didn't believe my low earning capacity before the indictment, I bet she does now! ~~I find myself wondering if Harry +/- Sonya will even want to visit me if I was in Sedalia, assuming there's even a fulltime job for me in Sedalia. Honestly, I don't know if they will do anything but commit to anything more than 4-5 per diem shifts a month, if that.~~ Every time I get a phone call from them, I have a panic attack that they're about to fire me as well. So I find myself wondering what do I do next, after all this is over, after the divorce is over, after the indictment is all over. My income is not even a shadow of what it once was and at least one of my kids doesn't want to know me, and my Mum is turning 93 next month. I'm still licensed and welcome to work as an ER doc in the UK, albeit for a much lower income, ~~but then I don't think Harry/Sonya would want to see me very much over there. So I'm crying about this and I don't know where to turn to or what to do. My divorce lawyer doesn't say anything helpful about this. I promise that I will do my very best to keep paying the mortgage on the house and the health insurance, the car insurance, the cellphone bill etc, but I am so uncertain about my income. I just don't know what to do. Yes,~~ Mona has said I can borrow money from her, and she's loaned me the money to pay for the criminal lawyer (he wanted a 200k retainer!) but it's not going to last.

I know after reading all the above, you probably think I'm utterly useless and pathetic. I wouldn't blame you for not wanting to know me or communicating with me any more. I have a long list of so-called friends who have suddenly vanished, ~~but I do thankfully have a list of friends who have stayed in my circle and call me regularly, sometimes for an hour or two at a time. If there's a silver lining to any of this, it's that one quickly learns who one's friends are.~~

I believe we have enough evidence that there was no conspiracy with regard to defrauding Medicare, but I think there's still a burden of proof to show that I didn't improperly train the APs. I can't believe this is a criminal case, but I guess I have to accept it for what it is. My lawyer says this is likely to go on for another year. I have to wear an ankle tracker and I have to be back



home by 5pm every day. I'm not sure why they do these restrictions, but then I never understood why someone with an outstanding property violation from 8 years earlier has to be placed in handcuffs in front of his wife and young children. There's obviously a lot of things I don't understand, but I have to try to be strong, tell the truth and see what happens. I'm not suicidal but I am under rather a heavy amount of stress. They took my passports so I'm video-calling my Mum sometimes 5 times a day, ~~but it's not the same as sitting with her or giving her a hug. I'm very afraid that she will die while this is going on and if that happens I don't think I'll be able to forgive this country. This government seems to have zero compassion about a 93-year-old mother.~~

I don't know what I missed in this letter, but I wanted to bare my soul and tell you, my partner of 22 years, what's happening in my mind. I know my lawyers probably don't want me to say any of the above to you, but I kinda don't care any more.

If anything should happen to me, I just want you to know that I have always loved you and I do love all our kids and I do love Peach and Sherlock too. True, I don't think I ever really cared much for your Bob or for Snowy as much as I should have, but I'm just being honest with you. I am so glad that you and I had at least 15 good years together. The souring after that was entirely my fault.

This letter has two purposes: one, to tell you what's going on and what I'm thinking, and two, to help put my mind at rest because I needed to tell someone and I really cannot stop the tears when I hear "You're My Best Friend", because you were, for so many years. I am so so sorry that I was not the best partner or the best friend I should have been. I know I have failed you and I am not asking for your forgiveness because I know I don't deserve it. It's just enough for me to be able to apologize to you. I really am sorry Laura.

Love

Sonny

