UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 23-CR-00380 |
| | ) |
| SONNY SAGGAR, M.D., | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW John P. Rogers, and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:   /s/   *John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
Email:   jrogers@rsblawfirm.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 23-CR-00380 |
| | ) |
| SONNY SAGGAR, M.D., | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on January 10, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Amy E. Sestric, assistant United States attorney.

    **Entry of Appearance**

ROGERS SEVASTIANOS & BANTE, LLP

By: /s/ *John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
Email: jrogers@rsblawfirm.com

2