UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 4:23-CR-380 |
| SONNY SAGGAR, M.D., and RENITA BARRINGER, | ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Dowd Bennett LLP hereby moves to withdraw as counsel for Defendant Sonny Saggar, M.D. Dr. Saggar has retained different counsel and will hereafter be represented by John Rogers, who entered his appearance on Saggar's behalf today, January 10, 2024. Dowd Bennett LLP respectfully requests this Court grant its Motion and withdraw James G. Martin and James B. Martin as counsel of record for Dr. Saggar.

Dated: January 10, 2024                  Respectfully submitted,

                                         **DOWD BENNETT LLP**

                                         By: */s/ James G. Martin*
                                             James G. Martin  #33586 MO
                                             James B. Martin  #70219 MO
                                             7676 Forsyth Blvd., Suite 1900
                                             St. Louis, MO  63105
                                             314/889-7300 (Telephone)
                                             314/863-2111 (Facsimile)
                                             jmartin@dowdbennett.com
                                             jbmartin@dowdbennett.com

                                         *Attorneys for Sonny Saggar, M.D.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2024, a copy of the foregoing was filed electronically via this Court's CM/ECF system, and therefore served on all parties of record.

/s/ *James G. Martin*
James G. Martin