UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 23CR380 |
| vs. | ) | |
| | ) | |
| SONNY SAGGAR, M.D., et al. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

**COMES NOW** Defendant, Sonny Saggar, M.D., through undersigned counsel, requests an extension of forty-five (45) days from January 31, 2024, to file pretrial motions as undersigned counsel entered his appearance on January 10, 2024, and discovery is ongoing. Assistant U.S. Attorney Amy E. Sestric has no objection to Defendant's motion.

Respectfully submitted,

By:  _____*/s/ John P. Rogers*_____
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 23CR380 |
| vs. | ) | |
| | ) | |
| SONNY SAGGAR, M.D., et al. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Amy E. Sestric, assistant United States attorney.

**Motion for Extension of Time to File Pretrial Motions**

Respectfully submitted:

By:    */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com