# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.   4:23-CR-380 SRC/PLC |
| | ) |
| **SONNY SAGGAR, M.D.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on Defendant's motion for extension of time to file pretrial motions [Doc. 94].

For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A).  Therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for extension of time to file pretrial motions [Doc. 94] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have until March 18, 2024, to file any pretrial motions or waiver of motions.  The Government shall have until April 1, 2024, to respond.

**IT IS FURTHER ORDERED** that an Evidentiary Hearing, if necessary, will be set at a later time.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of January, 2024