UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 23CR380 |
| vs. | ) |
| | ) |
| SONNY SAGGAR, M.D., et al. | ) |
| | ) |
| Defendant. | ) |

**DEFFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE PRETRIAL MOTIONS**

**COMES NOW** Defendant, Sonny Saggar, M.D., through undersigned counsel, requests an extension of one hundred twenty (120) days from March 18, 2024, to file pretrial motions. Defendant's prior counsel retired from the practice of law and undersigned counsel entered his appearance on January 10, 2024.  As undersigned counsel has disclosed orally to the court, there are over 2 million pages of discovery to review to determine the necessity of pretrial motions. Assistant U.S. Attorney Amy E. Sestric has no objection to Defendant's motion.

Respectfully submitted,

By:  */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Cause No. 23CR380 |
| vs. | ) |
| SONNY SAGGAR, M.D., et al. | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Amy E. Sestric, assistant United States attorney.

**Motion for Extension of Time to File Pretrial Motions**

Respectfully submitted:

By:     */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com