UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Cause No. 23CR380 |
| vs. | ) |
| | ) |
| SONNY SAGGAR, M.D., et al. | ) |
| | ) |
| Defendant. | ) |

### REQUEST FOR LEAVE OF COURT TO WITHDRAW

COME NOW John P. Rogers, and the law firm of Rogers Sevastianos & Bante, LLP and respectfully request leave of Court to withdraw as counsel for the defendant in the above-styled cause. Defendant has retained new counsel with KesslerWilliams and expects them to enter on today's date.

Respectfully submitted,

By:   */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 23CR380 |
| vs. | ) |
| | ) |
| SONNY SAGGAR, M.D., et al. | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 1, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Amy E. Sestric, assistant United States attorney.

**Request for Leave of Court to Withdraw**

Respectfully submitted:

By: _/s/ John P. Rogers_
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 South Central Avenue, Ste. 160
Clayton, MO 63105
(314) 354-8484 Phone
(314) 354-8271 Fax
jrogers@rsblawfirm.com