UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 4:23-cr-00380-SRC-PLC |
| SONNY SAGGAR, M.D., | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

COMES NOW Nicholas Williams of KesslerWilliams, LLC, and hereby enters his appearance for defendant Sonny Saggar, M.D., in the above-styled cause.

Dated: April 1, 2024

Respectfully submitted,

/s/ Nicholas Williams
Nicholas Williams, #62617MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 863-6363
Fax: (314) 727-2869
E-Mail: Nicholas.Williams@KesslerWilliams.com

*Attorney for Defendant Sonny Saggar, M.D.*

## **CERTIFICATE OF SERVICE**

    I hereby certify on the 1st day of April, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

                                                        /s/ Nicholas Williams
                                                        Nicholas Williams