UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:23-cr-00380-SRC-PLC |
| | ) | |
| SONNY SAGGAR, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Attorney William Marsh of KesslerWilliams, LLC enters his appearance for defendant Sonny Saggar, M.D. as co-counsel in the above cause.

Dated: April 1, 2024         Respectfully submitted,

/s/ William Marsh
Nicholas Williams, #60906MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 863-6363
Fax: (314) 727-2869
E-Mail: William.Marsh@KesslerWilliams.com

*Attorney for Defendant Sonny Saggar, M.D.*

## **CERTIFICATE OF SERVICE**

    I hereby certify on the 1st day of April, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

                                          /s/ William Marsh
                                          William Marsh