UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:23-cr-00380-SRC-PLC |
| | ) | |
| SONNY SAGGAR, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS**

Defendant Sonny Saggar, M.D., through attorney William Marsh, respectfully withdraws his Motion to Dismiss and Memorandum in Support as filed on January 2, 2024 (Doc. 85). Dr. Saggar's withdrawal is without prejudice.

Dated: April 15, 2024
                                      Respectfully submitted,

                                      /s/ William Marsh
                                      Nicholas Williams, #60906MO
                                      1401 South Brentwood Boulevard, Suite 950
                                      St. Louis, Missouri 63144
                                      Phone: (314) 863-6363
                                      Fax: (314) 727-2869
                                      E-Mail: William.Marsh@KesslerWilliams.com

                                      *Attorney for Defendant Sonny Saggar, M.D.*

## **CERTIFICATE OF SERVICE**

I hereby certify on the 15th day of April, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ William Marsh
William Marsh