UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:23-cr-00380-SRC-PLC |
| | ) | |
| SONNY SAGGAR, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF PRETRIAL MOTIONS

Defendant Sonny Saggar, through Attorney William Marsh, provides notice to the Court that he is waiving his right to file pretrial motions. Dr. Saggar states that there are no issues he wishes to raise by way of pretrial motion. His decision is being made knowingly, voluntarily, and intelligently after consultation with counsel.

Dated: June 21, 2024                Respectfully submitted,

/s/ William Marsh
William Marsh, #60906MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 863-6363
Fax: (314) 727-2869
E-Mail: William.Marsh@KesslerWilliams.com

*Attorney for Defendant Sonny Saggar, M.D.*

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ William Marsh
William Marsh