UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-CR-380 SRC/PLC |
| SONNY SAGGAR, M.D., | ) ) ) |
| Defendant. | ) |

**ORDER REGARDING WAIVER OF PRETRIAL MOTIONS AND TRIAL SETTING**

This matter is before the Court following Defendant's filing of a "Waiver of Pretrial Motions" [Doc. 145]. Through counsel, Defendant states that "there are no issues he wishes to raise by way of pretrial motion." In addition, counsel represents that he has discussed the waiver of pretrial motions with Defendant, and he concurs.

Accordingly,

**IT IS HEREBY ORDERED** that this matter will be set for trial at a later date by the Honorable Stephen R. Clark, United States District Judge.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of July, 2024