UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cr-00380-SRC-1 |
| | ) | |
| SONNY SAGGAR, | ) | |
| | ) | |
| Defendant. | ) | |

## Order

On August 15, 2024, at 1:00 p.m., the Court will hold a change-of-plea hearing in

Courtroom 14-North.  Defendant will be detained at the conclusion of the hearing, as required by

18 U.S.C. § 3143, unless Defendant meets an exception to detention set forth in the section 3143.

**I.     Release or detention pending sentencing for convicted defendants <u>not</u> subject to mandatory detention.**

Defendants with convictions for which mandatory detention does not apply must be

detained, unless:

**1.**     The U.S. Sentencing Guidelines do not recommend a term of imprisonment. 18 U.S.C. § 3143(a)(1).

**<u>or</u>**

**2.**     Defendant proves by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c).  *Id*.; *see also United States v. McDonald*, 4:20-cr-00070-SRC (E.D. Mo. April 23, 2021) (explaining 18 U.S.C. § 3143(a)(1)'s clear-and-convincing-evidence standard); *see also* Fed. R. Crim. P. 46(c) ("The burden of establishing that the defendant will not flee or pose a danger to any other person or the community rests with defendant.").

II.     **Release or detention pending sentencing for convicted defendants subject to mandatory detention.**

Defendants with convictions for which mandatory detention does apply must be detained

pending sentencing, unless:

1.      **a)** The Court finds that there is a substantial likelihood that it will grant a judgment of acquittal or new trial; **or**

**b)** The United States recommends no sentence of imprisonment be imposed.  18 U.S.C. § 3143(a)(2)(A).

**and**

2.      Defendant proves by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community.  *Id*. at § 3143(a)(2)(B); *see United States v. McDonald*, 4:20-cr-00070-SRC (E.D. Mo. April 23, 2021); *see also* Fed. R. Crim. P. 46(c).

The Court further notes that the "exceptional reasons" provision of 18 U.S.C. § 3145(c) does not

apply to district judges.  *See United States v. Harry Hamm,* 4:19-cr-00613, Doc. 95 (E.D. Mo.

April 27, 2021).

The Court orders the parties to review and comply with the undersigned's Judge's

Requirements, located on the Eastern District of Missouri's court website.  The undersigned

periodically updates his Judge's Requirements, and the parties must ensure that they are

complying with the most recent version before filing any document.  Failure to comply with the

requirements may result in the imposition of "sanction[s] or other disadvantage."

Fed. R. Crim. P. 57(b).

So ordered this 10th day of July 2024.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE